**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BREY CORP. (t/a HOBBY WORKS) | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-11-948 |
| | * | |
| LIFE TIME IPMROVEMENTS, INC. | * | |
| (d/b/a LIFE TIME PAVERS) | * | |
| | ****** | |

**ORDER**

For the reasons stated on the record on June 27, 2011, it is, this 28th day of June 2011

ORDERED that this case be administratively closed, subject to being reopened upon the notice of either party.

/s/
J. Frederick Motz
United States District Judge